**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :   CASE NO.: 1:25-CR-5 (LAG) |
| | : |
| TYREEK BROWN, | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Before the Court is Defendant Tyreek Brown's Unopposed Motion to Continue Trial. (Doc. 27). Therein, Defendant moves to continue the pretrial conference and trial in this matter, currently scheduled for March 27, 2025 and April 21, 2025, respectively, and requests additional time to file pretrial motions. (*Id.* at 1).

On February 11, 2025, Defendant was charged with two counts of wire fraud. (Doc. 1). On February 19, 2025, Defendant had his initial appearance before the Magistrate Judge, at which he pled guilty and was released pending trial. (Docs. 7, 10–12). On March 18, 2025, Defendant filed an Unopposed Motion to Continue. (Doc. 27). Therein, the Defendant requests a 90 day continuance of the pretrial motions deadline and moves to continue the pretrial conference and trial in this matter. (*Id.* at 1–2). Defendant represents that he "has not received the discovery in this case[.]" (*Id.*). Defendant further represents that the Government "does not oppose the request to [c]ontinue[.]" (*Id.*).

Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that denying the continuance would deny Defendant the reasonable time to prepare for trial. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). Accordingly, the Unopposed Motion to Continue (Doc. 27) is **GRANTED**, and the delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

2

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later. The deadlines in the Court's February 20, 2025, Scheduling Order (Doc. 13) are hereby terminated, and a new scheduling order will be forthcoming.

**SO ORDERED**, this 18th day of March, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**