## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 1:25-CR-5 (LAG)(ALS) |
| | : |
| TYREEK BROWN, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is Defendant's Counsel Danisha L. McClary's Motion to Withdraw as Counsel (Doc. 21). Therein, Defendant's Counsel moves to withdraw as counsel because Defendant has retained new counsel as of February 25, 2025. (*Id.*; Doc. 17). Defendant's new counsel, Ashley Carnage, entered a Notice of Appearance on February 25, 2025. (Doc. 17). For good cause shown, Counsel's Motion is **GRANTED**

**SO ORDERED**, this 26th day of March, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**