# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Tyreek Brown

## Repayment Agreement and Order

No: 1:25-CR-00005-001

On January 8, 2026, Tyreek Brown was sentenced to 2 months imprisonment, followed by a 12-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Brown. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on January 8, 2026, I have been ordered to pay a total restitution of $19,519.50 and a special assessment of $100.00.

2. On May 5, 2026, I began my service of 12 months of supervised release. The mandatory assessment has not been satisfied. The current balance of my restitution is $19,159.50.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 15th day of August 2026, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision.

[signature] 7-27-26
Tyreek Brown Date

[signature] 7-27-26
Desmond A. Phillips, U.S. Probation Officer Date

**s/Barbara G. Parker** **8/11/2026**
Assistant U.S. Attorney Date

**THE COURT ORDERS:**

☒ Approval ☐ Disapproval

[signature]
Leslie Abrams Gardner
Chief U.S. District Judge

8/11/2026
Date